# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZAMAN KABEER SHIRAZI, | ) No. CV 16-08037-AS |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: August 1, 2017.

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE